THE CITY OF CHICAGO

*v.*

ANNIE PAGE *et al.*

*Opinion filed June 19, 1907.*

This case is controlled by the decision in *City of Chicago* v. *Ogden, Sheldon & Co.* 227 Ill. 595.

APPEAL from the County Court of Cook county; the Hon. W. L. POND, Judge, presiding.

CHARLES H. MITCHELL, and FRANK JOHNSTON, Jr., (JAMES HAMILTON LEWIS, Corporation Counsel, of counsel,) for appellant.

GEORGE A. MASON, for appellees.

Per CURIAM: The record in this case is in the same condition as that in *City of Chicago* v. *Ogden, Sheldon & Co.* 227 Ill. 595. The determination reached in that cause must control here, and the judgment of the county court of Cook county will accordingly be affirmed.

*Judgment affirmed.*